IN THE CIRCUIT COURT OF THE
SEVENTH JUDICIAL CIRCUIT, IN AND
FOR FLAGLER COUNTY, FLORIDA

CASE NO.:2023 CA 000024
DIVISION: 49

DOREEN DEROMA

       Plaintiff,

Vs.

HOLIDAY CVS, LLC d/b/a CVS PHARMACY,
a foreign Corporation,

       Defendant.

_____/

## COMPLAINT

The Plaintiff, DOREEN DEROMA, by and through her undersigned counsel, sues Defendant,
HOLIDAY CVS, LLC, a foreign corporation d/b/a CVS Pharmacy (hereinafter referred to as
"CVS") and alleges:

    1.    This is an action for damages that exceeds the sum of THIRTY THOUSAND
DOLLARS ($30,000.00), exclusive of cost, interest and attorney's fees (The estimated value of
Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court).
Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of
the claims" as required in the preamble to the civil cover sheet for the jurisdictional purposes only
(the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the
civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's
claims will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla.
Const.

Unofficial Document

2.     At all times material hereto, the Defendant, CVS, was a foreign corporation operating and doing business in Palm Coast, Flagler County, Florida.

3.     Defendant, CVS, managed and maintained a pharmacy located at 1 Old Kings Road South, Flagler Beach, Florida 32136 (hereinafter referred to as the "subject store").

4.     On December 14, 2020, Plaintiff, DOREEN DEROMA, was an invitee of the subject store.

5.     At all times material hereto, Defendant, CVS, and its employees, servants and/or agents owed the Plaintiff and all other invitees, a duty to exercise reasonable care to protect patrons from harm due to reasonably foreseeable risks of injury.

6.     On December 14, 2020, while walking through the parking lot of the subject store, Plaintiff was struck by an electrical wire that had been installed to the subject store's exterior wall and attached to a kiosk in the parking lot. The wire was torn loose by a tractor trailer which attempted to drive under the electrical wire.

7.     Defendant, CVS, by and through its employees, servants and/or agents, breached its duty of care to the Plaintiff in the following ways:

a) by failing to ensure that the electrical wire was installed in a safe manner, in accordance with state and local industry standards/regulations/codes and/or;

b) by failing to warn motor vehicle operators using the CVS Pharmacy parking lot of the existence of the low hanging wire and/or;

c) by failing to restrict the access of tractor trailers to the area of the parking where electrical wire was installed and/or;

d) by failing to warn invitees walking in the CVS Pharmacy parking lot about the dangerous nature of the low hanging electrical wire which is the subject of this action.

Unofficial Document

8.    The Defendant, CVS, is liable for the negligent acts of its employees, servants and/or agents.

9.    As a direct and proximate result of the negligence of the Defendant, CVS's employees, servants and/or agents as alleged above, Plaintiff, DOREEN DEROMA suffered bodily injury and resulting pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. Her losses are either permanent or continuing in nature and Plaintiff, DOREEN DEROMA, will suffer these losses in the future.

WHEREFORE, Plaintiff DOREEN DEROMA, demands judgment for damages and costs against Defendant, CVS, and a trial by jury of this cause.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing has been furnished to the named Defendant via Service of Process.

CLEARY LAW P.A.

Scott A. Cleary, Esquire
Florida Bar No: 492574
2029 North Third Street
Jacksonville Beach, FL 32250
Phone: (904) 247-0947
Fax: (904) 247-5433
Attorney for Plaintiff
Scott.clearylaw@gmail.com